RECEIVED
IN LAKE CHARLES, LA.
SEP 16 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| CHARLIE JONES, III | * CIVIL ACTION NO. 10-CV-1682 |
| Plaintiff | * SECTION P |
| V. | * JUDGE MINALDI |
| JOSEPH P. YOUNG, JR., WARDEN | * MAGISTRATE JUDGE KAY |
| Defendant | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 9] of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the petitioner's application for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 16 day of September, 2013.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE